

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00142-CV

**THE UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

Jose Luis **VILLARREAL** and Edula Villarreal d/b/a Villarreal Production Service a/k/a
Villarreal Production Service, Inc. a/k/a VPS, Inc.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013TXA002457-D1
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellees' motion for leave to file a sur-reply brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 31st day of October, 2017.

KEITH E. HOTTLE,
Clerk of Court